IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER THONG** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01807 (RCL) |
| ) | |
| **ANDRE CHREKY SALON,** ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants Andre Chreky Salon and Andre Chreky have filed an Answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a Proposed Scheduling Order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted to the Court in WordPerfect (preferred) or Microsoft Word format by email to: RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 1, 2006.