IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-01807 (RCL) |
| | ) |
| ANDRE CHREKY SALON, ET AL. | ) |
| | ) |
| Defendants. | ) |

**JOINT REPORT AND PROPOSED SCHEDULING
ORDER PURSUANT TO LOCAL RULE 16.3(D)**

Pursuant to Local Rule 16.3, on November 10, 2006, counsel for the parties held a conference to discuss the issues set forth in Local Rule 16.3(c). Pursuant to Local Rule 16.3(d), the parties respectfully submit the following report and proposed scheduling order.

1. The parties agree that it is unlikely that this matter can be disposed of by a dispositive motion.

2. The parties agree that any other parties shall be joined, and the pleadings shall be amended no later than February 15, 2007.

3. The parties agree that they do not want this matter assigned to a magistrate judge.

4. The parties agree that they have discussed their relative positions and will explore resolution options as discovery proceeds in this matter.

5. The parties agree that this case would not benefit from the Court's alternative dispute resolution procedures, but have left open the possibility of seeking a private mediator.

6. The parties agree that it is unlikely that this case could be resolved by summary judgment or a motion to dismiss.

7. The parties have agreed not to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties agree that they will both serve written discovery, and will need to take several depositions. The parties agree that the discovery should be concluded no later than September 15, 2007. The Plaintiffs do not believe that a protective order is necessary, while the Defendant believes that a protective order may be appropriate.

9. The parties agree that it is unnecessary to modify the exchange of expert witness reports and information pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

10. The case, at this time, is not a class action.

11. The parties agree that this case would not benefit from having the trial and/or discovery bifurcated or managed in phases.

12. The parties agree that the pretrial conference should be set on or about December 5, 2007.

13. The parties agree that the Court should set a firm trial date at the first scheduling conference.

Respectfully submitted,

_____/s/_____
Jonathan G. Rose (DC Bar #44628)
KATTEN MUCHIN ROSENMAN, LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C.  20007
(202) 625-3807 (direct line)
(202) 339-8258 (fax)
jonathan.rose@kattenlaw.com
Counsel for Plaintiff

_____/s/_____
John M. Bredehoft (DC Bar#375606)
KAUFMAN & CANOLES, P.C.
150 West Main Street
Suite 2100
Norfolk, Virginia 23510
(757) 624-3225 (direct line)
(757) 624-03169 (fax)
jmbredehoft@kaufcan.com
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 1:06-01807 (RCL) |

## SCHEDULING ORDER

In accordance with the agreements reached by the parties, the Court finds that the following Scheduling Order should issue. Unless modified by subsequent order of this Court, the following schedule shall be followed in this matter:

1. The deadline for joining other parties and/or amending the pleadings shall be February 15, 2007.

2. Dispositive motions must be filed by October 1, 2007; the Court should set a date for any hearing and issue its decision in a time that it sees fit, based on the date on which any such dispositive motions are filed.

3. The parties agree to exchange 26(a)(1) initial disclosures in compliance with that rule and without any changes to the scope or form of the required 26(a)(1) disclosures.

4   Discovery must be concluded by September 15, 2007.

5. The pretrial conference shall take place on or about December 5, 2007.

                                                _____
THE HONORABLE ROYCE C. LAMBERTH
United Stated District Judge