IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 1:06-01807 (RCL) |

**STIPULATION TO WITHDRAW AFFIRMATIVE DEFENSE**

Based upon discussions between the parties in the above-referenced action, the Defendants have agreed, and the parties hereby stipulate, to the withdrawal of Defendants' affirmative defense number 3 (at page 10 of Defendants' Answer) relating to compulsory counterclaims, because Plaintiff's counsel was advised by Defendant's previous counsel that the other litigation was going to be voluntarily dismissed.

Respectfully submitted,

_____/s/_____  
Jonathan G. Rose (DC Bar #44628)  
KATTEN MUCHIN ROSENMAN, LLP  
1025 Thomas Jefferson Street, N.W.  
East Lobby, Suite 700  
Washington, D.C. 20007  
(202) 625-3807 (direct line)  
(202) 339-8258 (fax)  
jonathan.rose@kattenlaw.com  
Counsel for Plaintiff

_____/s/_____  
John M. Bredehoft (DC Bar#375606)  
KAUFMAN & CANOLES, P.C.  
150 West Main Street  
Suite 2100  
Norfolk, Virginia 23510  
(757) 624-3225 (direct line)  
(757) 624-03169 (fax)  
jmbredehoft@kaufcan.com  
Counsel for Defendants