IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JENNIFER THONG**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01807 (RCL) |
| ) | |
| **ANDRE CHREKY SALON**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

In accordance with the agreements reached by the parties, the Court finds that the following Scheduling Order should issue. Unless modified by subsequent order of this Court, the following schedule shall be followed in this matter:

1. Dispositive motions must be filed by October 15, 2007; the Court should set a date for any hearing and issue its decision in a time that it sees fit, based on the date on which any such dispositive motions are filed.

2. The parties agree to exchange 26(a)(1) initial disclosures in compliance with that rule and without any changes to the scope or form of the required 26(a)(1) disclosures.

3. Discovery must be concluded by September 28, 2007.

4. A status conference shall take place after disposition of any dispositive motion(s), at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.