## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG,<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>ANDRE CHREKY SALON, *et al.*,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)  C.A. No. 1:06-CV-01807-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Jonathan G. Rose, attorney for Plaintiff Jennifer Thong,

has changed firms effective August 31, 2007.  Mr. Rose 's new contact information is as follows:

Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C.  20005
(202) 772-5390

September 7, 2007      Respectfully submitted,


          */s/ Jonathan G. Rose*
          Jonathan G. Rose (MD Bar No. 15138)
          Sheppard Mullin Richter & Hampton LLP
          1300 I Street, N.W., 11th Floor East
          Washington, DC  20005
          (202) 772-5390 Phone
          (202) 218-0020 Fax
          jrose@sheppardmullin.com

          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, a copy of the foregoing Notice of Change of Address was electronically filed and service was made upon all counsel of record via the Court's ECF system on the following counsel of record:

> John Bredehoft
> Kaufman & Canoles, P.C
> 150 West Main St., Suite 2100
> Norfolk, Virginia 23510

> /s/ Jonathan G. Rose
> Jonathan G. Rose