UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JENNIFER THONG | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:06-01807 (RCL) |
| ANDRE CHREKY SALON, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court upon plaintiffs' Jennifer Thong's and Ronnie Barrett's joint motion [13] in 06-1807 to consolidate discovery in Civil Action Nos. 06-1807 (RCL) and 07-250 (RCL). Now, the Court having duly considered the plaintiffs' motion, and the defendants' consent thereto, it is hereby

ORDERED that the plaintiffs' joint motion [13] to consolidate discovery is GRANTED.

SO ORDERED.

Signed my Royce C. Lamberth, United States District Judge, on September 25, 2007.