IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:06-1807 (RCL) |

### JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of August 2, 2007. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below:

The Parties respectfully request that the Court re-set the following deadlines:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2008;

Oppositions to Dispositive Motions shall be due by January 28, 2008; and

Replies to the Oppositions shall be due by February 7, 2008.

Respectfully submitted,

Dated: October 19, 2007

_____/s/_____
Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong

_____/s/_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:06-1807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Parties Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2008;

Oppositions to Dispositive Motions shall be due by January 28, 2008; and

Replies to the Oppositions shall be due by February 7, 2008.


Dated: _____          _____
                                  Royce C. Lamberth, Judge
                                  United States District Court for the District of Columbia

Copies to:

Jonathan G. Rose (DC Bar #446208)
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390
(202) 312-9410 (fax)

John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169