IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:06-1807 (RCL)<br><br>FILED<br>OCT 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the Parties Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2008;

Oppositions to Dispositive Motions shall be due by January 28, 2008; and

Replies to the Oppositions shall be due by February 7, 2008.

Dated: 10/23/07

Royce C. Lamberth, Judge
United States District Court for the District of Columbia