IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06-01807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, ET AL. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of May 2, 2007. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below.

The parties respectfully request that the Court re-set the following deadlines:

Discovery will close on January 23, 2008;

Dispositive Motions shall be due by February 22, 2008;

Oppositions to Dispositive Motions shall be due by March 7, 2008; and

Replies to the Oppositions shall be due by March 14, 2008.

November 30, 2007                                Respectfully submitted,


_____/s/_____
John M. Bredehoft
D.C. Bar No. 375606
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)
jmbredehoft@kaufcan.com

Counsel for Defendants



_____/s/_____
Jonathan G. Rose, Esq.
Bar No. 446208
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W.
11th Floor East
Washington, DC 20005
202-772-5390 (direct voice line)
202-312-9410 (facsimile)
jrose@sheppardmullin.com

Counsel for Plaintiff
Jennifer Thong


::ODMA\PCDOCS\DOCSNFK\1301191\1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNIFER THONG, )
)
Plaintiff, )
)
v. ) C.A. No. 1:06-01807 (RCL)
)
ANDRE CHREKY SALON, ET AL. )
)
Defendants. )

### ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on January 23, 2008;

Dispositive Motions shall be due by February 22, 2008;

Oppositions to Dispositive Motions shall be due by March 7, 2008; and

Replies to the Oppositions shall be due by March 14, 2008.

_____

Royce C. Lamberth, Judge
United States District Court for the District of Columbia

Copies to:

Jonathan G. Rose, Esq. (446208)
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W.
11th Floor East
Washington, DC 20005
202-772-5390 (direct voice line)
202-312-9410 (facsimile)

John M. Bredehoft (375606)
David J. Sullivan
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)

::ODMA\PCDOCS\DOCSNFK\1301192\1