IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>ANDRE CHREKY SALON, ET AL.    )<br>    )<br>    Defendants.    )<br>    ) | C.A. No. 1:06-01807 (RCL)<br><br>FILED<br>DEC - 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on January 23, 2008;

Dispositive Motions shall be due by February 22, 2008;

Oppositions to Dispositive Motions shall be due by March 7, 2008; and

Replies to the Oppositions shall be due by March 14, 2008.

12/6/07

Royce C. Lamberth, Judge
United States District Court for the District of Columbia