# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 06-CV-01807-RCL |
| | ) |
| ANDRE CHREKY, et al., | ) |
| | ) |
| Defendants. | ) |

**FILED**

**DEC - 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT

## ORDER GRANTING GOODMAN & COMPANY, LLP's OBJECTIONS TO AND MOTION TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM

This matter came before the Court on non-party Goodman & Company, LLP's ("Goodman") Unopposed motion to quash the subpoena served by Plaintiff, Jennifer Thong.

Based upon the argument of counsel, the motions and pleadings before this Court and for good cause shown, non-party Goodman's objection and motion to quash the Plaintiff's subpoena served by Plaintiff is hereby **GRANTED** and it is **ORDERED** that the subpoena served by Plaintiff shall be quashed.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTER: 12/6/07

_____
Judge Royce C. Lamberth, United States District
Court for the District of Columbia

**Attorney to be E-Served:**

James W. Walker, Esquire
D.C. Bar No.: 495552
jwalker@vanblk.com
Vandeventer Black LLP
707 East Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1588
(804) 237-8800
(804) 237-8801 (fax)
*Attorney for non party Goodman & Company, LLP*

**Attorneys to be served by Mail:**

Jonathan G. Rose, Esquire
Sheppard Mullin Richter & Hampton, LLP
1300 I Street NW – 11th Floor East
Washington, D.C. 20005
*Counsel for Plaintiff Jennifer Thong*

John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, Virginia 23510
*Counsel for Defendants*

Renu Mago, Esquire
D.C. Bar No: 446646
Vandeventer Black LLP
707 East Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1588
(804) 237-8800
(804) 237-8801 (fax)
*Of counsel for non party
Goodman & Company, LLP*

2