UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER THONG** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**ANDRE CHREKY SALON,** *et al.,* )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:06-01807 (RCL) |

**ORDER**

Upon consideration of the plaintiff's Motion [24] to Compel Production of Documents, the defendants' opposition thereto, the reply, the applicable law, and the record herein, it is hereby

ORDERED that plaintiff's motion [24] is GRANTED.  Specifically, it is

ORDERED that defendants shall within 10 days of this Order, provide all documents evidencing the number of hours worked by employees of the Salon, including, but not limited to, time cards, work schedules, and any reports or notes kept by supervisors or managers regarding the number of hours worked by employees of the Salon.  If defendants have no such documents, defendants shall within 10 days of this Order, provide an amended, verified discovery response stating that fact; it is further

ORDERED that plaintiff's Production Request No. 20 is deemed to be a request for a copy of Mr. Chreky's hearing testimony in the matter *Commonwealth ex rel. Doudaklian v. Andre Chreky*, in the Fairfax County Circuit Court; it is further

ORDERED that defendants shall within 10 days of this Order, provide plaintiff with a copy of the testimony or submit an objection thereto; it is further

ORDERED that defendants shall within 10 days of this Order, provide any and all credit card statements and telephone statements currently within defendants' possession, custody or control.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 18, 2008.