## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JENNIFER THONG** | ) |  |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| **v.** | ) | **Civil Action No. 1:06-01807 (RCL)** |
|  | ) |  |
| **ANDRE CHREKY SALON,** | ) |  |
| *et al.,* | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |
|  | ) |  |

## <u>ORDER</u>

Upon consideration of the parties' Joint Motion [21] to Modify the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that the motion [21] is GRANTED; and it is further

ORDERED that:

Discovery will close on January 23, 2008;

Dispositive motions shall be due by February 22, 2008;

Oppositions to dispositive motions shall be due by March 7, 2008;

Replies to the Oppositions shall be due by March 14, 2008.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 18, 2008.