IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG<br><br>    Plaintiff<br><br>v.<br><br>ANDRE CHREKY SALON, et al.<br><br>    Defendants. | Civil No. 1:06-1807 (RCL) |

## JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of December 6, 2007. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below:

The Parties respectfully request that the Court re-set the following deadlines:

Discovery will close on Friday, April 4, 2008;

Dispositive Motions shall be due by Monday, May 5, 2008;

Oppositions to Dispositive Motions shall be due by Monday, May 19, 2008; and

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.

Respectfully submitted,

Dated: January 22, 2008

_____/s/_____
Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong

_____/s/_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:06-1807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further ORDERED that:

Discovery will close on Friday, April 4, 2008;

Dispositive Motions shall be due by Monday, May 5, 2008;

Oppositions to Dispositive Motions shall be due by Monday, May 19, 2008; and

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.


Dated: _____   _____
                                  Royce C. Lamberth, Judge
                                  United States District Court for the District of Columbia

Copies to:

Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
 (202) 772-5390 (phone)
 (202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2008, I will electronically file the foregoing JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John Bredehoft, Esq.
> David J. Sullivan, Esq.
> Kaufman & Canoles, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510

             /s/
          Jonathan G. Rose