UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **JENNIFER THONG** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:06-01807 (RCL) |
|  | ) |
| **ANDRE CHREKY SALON,** | ) |
| *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Motion [30] to Modify the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that the motion [30] is GRANTED; and it is further

ORDERED that:

Discovery will close on Friday, April 4, 2008;

Dispositive motions shall be due by Monday, May 5, 2008;

Oppositions to dispositive motions shall be due by Monday, May 19, 2008;

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 22, 2008.