-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG,<br><br>          Plaintiff,<br><br>    v.<br><br>ANDRE CHREKY,<br>ANDRE CHREKY SALON/ANDRE CHREKY INC.,<br>SPAC, LLC<br><br>          Defendants. | C.A. No. 1:06-1807 (RCL) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

      This Court, having considered Plaintiff Jennifer Thong's Motion for Leave to File a Second Amended Complaint finds that good cause exists for granting the relief requested therein. Therefore, Plaintiff's Motion for Leave to File a Second Amended Complaint is hereby GRANTED.

DATE:

_____

                                                            _____
                                                            United States District Court Judge