IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>    Defendants. )<br>) | Civil No. 1:06-1807 (RCL) |

**JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of January 22, 2008. . Counsel for the Parties have conferred and have agreed that the extension sought is justified based on Defendants' supplemental production of documents on March 28, 2008. In addition, because of the need for an extension and other trials and similar litigation commitments of counsel, the Parties jointly request and respectfully submit the proposed modified dates to the Scheduling Order as set forth below.

    Discovery will close on Wednesday, July 30, 2008;

    Dispositive Motions shall be due by Friday, August 29, 2008;

    Oppositions to Dispositive Motions shall be due by Monday, September 15, 2008; and

    Replies to the Oppositions shall be due by Wednesday, September 24, 2008.

Respectfully submitted,

Dated: April 4, 2008

_____/s/_____
Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong

_____/s/_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:06-1807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on Wednesday, July 30, 2008;

Dispositive Motions shall be due by Friday, August 29, 2008;

Oppositions to Dispositive Motions shall be due by Monday, September 15, 2008; and

Replies to the Oppositions shall be due by Wednesday, September 24, 2008.

Dated: April _____, 2008        _____
                                Royce C. Lamberth, Judge
                                United States District Court for the District of Columbia

Copies to:

Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390 (phone)
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants