UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JENNIFER THONG | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-01807 (RCL) |
| ANDRE CHREKY SALON, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties' Joint Motion [37] to Modify the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that the motion [37] be, and is hereby, GRANTED; and it is further

ORDERED that:

Discovery will close on Wednesday, July 30, 2008;

Dispositive motions shall be due by Friday, August 29, 2008;

Oppositions to dispositive motions shall be due by Monday, September 15, 2008; and

Replies to the Oppositions shall be due by Wednesday, September 24, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 17, 2008.