UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE CHREKY,<br>ANDRE CHREKY SALON/ANDRE CHREKY INC.,<br>SPAC, LLC<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:06-1807 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of:

> Emily N. Seymour (DC Bar No. 500201)
> Sheppard Mullin Richter & Hampton, LLP
> 1300 I Street, N.W.
> 11th Floor East
> Washington, DC  20005-3314
> Telephone: (202) 218-0000
> Facsimile: (202) 218-0020
> eseymour@sheppardmullin.com

as additional counsel for Plaintiff Jennifer Thong in the above-captioned action.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　Jonathan G. Rose (DC Bar No. 446208)
　　　　　　　　　　　　　Emily N. Seymour (DC Bar No. 500201)
　　　　　　　　　　　　　Sheppard Mullin Richter & Hampton, LLP
　　　　　　　　　　　　　1300 I Street, NW, Ste. 1100 East
　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　Telephone: (202) 218-0000
　　　　　　　　　　　　　Facsimile: (202) 218-0020
　　　　　　　　　　　　　jrose@sheppardmullin.com

　　　　　　　　　　　　　*Counsel for Plaintiff Jennifer Thong*

Dated:  June 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2008, I caused true copies of the foregoing Notice of Entry of Appearance to be served via ECF and U.S. Mail on:

> John Bredehoft, Esq.
> David J. Sullivan, Esq.
> Kaufman & Canoles, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, Virginia 23510

_____/s/_____
Emily N. Seymour