UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JENNIFER THONG** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-01807 (RCL) |
| **ANDRE CHREKY SALON,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

It is hereby

ORDERED that this case is REFERRED to Magistrate Judge Kay for all matters relating to discovery.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 23, 2008.