REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: K

| CAUSE OF ACTION: | 29:201 Denial of Overtime Compensation | | | |
|---|---|---|---|---|
| CASE NO:<br>06-1807 | DATE REFERRED:<br>7/23/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery | JUDGE:<br>Lamberth | MAG. JUDGE<br>Kay |

| PLAINTIFF(S):<br><br>JENNIFER THONG | DEFENDANT(S):<br><br>ANDRE CHREKY SALON |
|---|---|

ENTRIES: