IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, *et al.*, )<br>)<br>Defendants. ) | Civil No. 1:06-1807 |

**DEFENDANTS' PRAECIPE RESPECTING MOTION TO QUASH SUBPOENA**

Defendants Andre Chreky Salon, Andre Chreky, Inc., and SPAC, LLC, by counsel, respectfully withdraw their Motion to Quash the third party subpoena served by Jennifer Thong ("Ms. Thong") on the Adams National Bank ("the Bank"), filed July 22, 2008.

Respectfully submitted,

_____/s/_____
John M. Bredehoft
D.C. Bar No. 375606
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)
jmbredehoft@kaufcan.com

Counsel for Defendants