IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:06-1807 (RCL) |

### JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of April 17, 2008 ("Scheduling Order"). Counsel for the Parties have conferred and have agreed that the extension sought is justified based on Defendants' supplemental production of documents. In addition, because of the need for an extension and other litigation commitments of counsel, the Parties jointly request and respectfully submit the proposed modified dates to the Scheduling Order as set forth below:

      Discovery will close on Tuesday, September 30, 2008;

      Dispositive Motions shall be due by Monday, October 20, 2008;

      Oppositions to Dispositive Motions shall be due by Monday, November 3, 2008;

      Replies to the Oppositions to Dispositive Motions shall be due by Monday November 10, 2008.

Respectfully submitted,

Dated: July 25, 2008						/s/_____
Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 772-5390
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong

/s/_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:06-1807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

    Discovery will close on Tuesday, September 30, 2008;

    Dispositive Motions shall be due by Monday, October 20, 2008;

    Oppositions to Dispositive Motions shall be due by Monday, November 3, 2008;

    Replies to the Oppositions to Dispositive Motions shall be due by Monday November 10, 2008.

Dated: _____     _____
                                        Royce C. Lamberth, Chief Judge
                                        United States District Court for the District of Columbia

Copies to:

Jonathan G. Rose
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
 (202) 772-5390 (phone)
 (202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants