IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:06-1807 (RCL)<br><br>**FILED**<br>AUG - 6 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

**ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

    Discovery will close on Tuesday, September 30, 2008;

    Dispositive Motions shall be due by Monday, October 20, 2008;

    Oppositions to Dispositive Motions shall be due by Monday, November 3, 2008;

    Replies to the Oppositions to Dispositive Motions shall be due by Monday November 10, 2008.

Dated: __8/6/08__       __/s/__
                                             Royce C. Lamberth, Chief Judge
                                             United States District Court for the District of Columbia