IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:06-1807 (RCL) |
| ) | |
| ANDRE CHREKY SALON, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff, through undersigned counsel, hereby respectfully opposes Defendants' Motion to Modify the Court's Scheduling Order of August 6, 2008 ("Scheduling Order"). Counsel for the Parties disagree that a universal modification of the Scheduling Order is appropriate under the circumstances. For the reasons set forth in Plaintiff's Motion for a Unilateral Extension of Discovery and Motion to Compel the Immediate Production of Documents, and Reply thereto, Plaintiff respectfully submits the proposed modified dates to the Scheduling Order as set forth below:

    Discovery shall close for Defendants on September 30, 2008;

    Discovery shall close for Plaintiff on October 31, 2008;

    Dispositive Motions shall be due by December 6, 2008;

    Oppositions to Dispositive Motions shall be due by December 22, 2008; and

Replies to the Oppositions to Dispositive Motions shall be due by January 5, 2008.

Respectfully submitted,

Dated: September 5, 2008      _____/s/_____
Jonathan G. Rose (DC Bar No. 446208)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0018
(202) 312-9410 (fax)

Attorney for Plaintiff Jennifer Thong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER THONG )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANDRE CHREKY SALON, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:06-1807 (RCL) |

## ORDER

Upon consideration of Defendants' Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

ORDERED that the motion shall be, and hereby is, DENIED; and it is further ORDERED that:

    Discovery shall close for Defendants on September 30, 2008;

    Discovery shall close for Plaintiff on October 31, 2008;

    Dispositive Motions shall be due by December 6, 2008;

    Oppositions to Dispositive Motions shall be due by December 22, 2008;

    Replies to the Oppositions to Dispositive Motions shall be due by January 5, 2008.

Dated: _____      _____
                                     Royce C. Lamberth, Judge
                                     United States District Court for the District of Columbia